UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROGER DAVIS, | ) | Case No.: 2:10-cv-02116-GMN-LRL |
| | ) | |
| Petitioner, | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| BRIAN WILLIAMS, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se*. On January 31, 2011, respondents filed a motion for an extension of time to file their response to the petition (ECF No. 4). Good cause appearing, respondents' motion is **GRANTED.** Respondents are granted to and including March 17, 2011, to file their responsive pleading to the petition.

DATED this 1st day of February, 2011.

_____
Gloria M. Navarro
United States District Judge