UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROGER DAVIS, | ) | |
| | ) | |
| Petitioner, | ) | 2:10-cv-02116-GMN-LRL |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| BRIAN WILLIAMS, *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se*. On April 18, 2011, petitioner filed a motion for appointment of counsel (ECF No. 16). He contends that he has had to continually rely on the assistance of other inmates in pursuing his habeas petition and that "the very thought of any legal reading, research and writing is as difficult and intimidating as Chinese arithmetic...."

There is no constitutional right to appointed counsel for a federal habeas corpus proceeding. *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987); *Bonin v. Vasquez*, 999 F.2d 425, 428 (9th Cir. 1993). The decision to appoint counsel is generally discretionary. *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986), *cert. denied*, 481 U.S. 1023 (1987); *Bashor v. Risley*, 730 F.2d 1228, 1234 (9th Cir.), *cert. denied*, 469 U.S. 838 (1984). However, counsel must be appointed if the complexities of the case are such that denial of counsel would amount to a denial of due process, and where the

petitioner is a person of such limited education as to be incapable of fairly presenting his claims. See *Chaney*, 801 F.2d at 1196; *see also Hawkins v. Bennett*, 423 F.2d 948 (8th Cir. 1970). The claims in this case are not especially complex. Also, the Court notes from the petition, and from the other documents that petitioner has submitted to the Court, that petitioner is able to present matters to the Court in an organized and understandable manner, whether he must rely on the help of others or not. Petitioner's motion shall be denied.

**IT IS THEREFORE ORDERED** that petitioner's motion for appointment of counsel (ECF No. 16) is **DENIED.**

DATED this 19th day of April, 2011.

_____
Gloria M. Navarro
United States District Judge